IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN 13 PM 4: 06

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:05CR3014 |
| JULIA LOPEZ, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file Defendant's Unopposed Motion to Continue Plea Hearing under seal.

DATED this _3rd_ day of June, 2005.

BY THE COURT:

The Honorable David L. Piester
United States Magistrate Judge