```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:05CR3014
                               )
         v.                    )
                               )
JULIA J. LOPEZ,                )         ORDER
                               )
              Defendants.      )
                               )
```

IT IS ORDERED:

1. The defendant's unopposed motion to continue the plea hearing, filing 45, is granted. The change of plea hearing is continued from July 7, 2005 to July 20, 2005 at 2:30 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 7th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge