IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3014 |
| v. | ) | |
| | ) | |
| JULIA J. LOPEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

        IT IS ORDERED:

        1.  Defendant's oral motion to continue is granted and the
change of plea hearing is continued from today to August 12, 2005
at 1:30 p.m. before the undersigned magistrate judge in Courtroom
2, United States Courthouse and Federal Building, 100 Centennial
Mall North, Lincoln, Nebraska.

        2.  For this defendant, the time between today's date and
the hearing on the anticipated plea of guilty is excluded for
purposes of computing the limits under the Speedy Trial Act.
See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

        DATED this 20th day of July, 2005.

                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge