IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )   Case No.  4:04CR3014
)
JULIA J. LOPEZ, )
)
Defendant. )

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to extend the deadline by which she must report to prison, from February 1, 2006, until March 2, 2006, filing 90.  The Court, being fully advised in the premises, and noting that the government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the deadline by which Ms. Lopez must report to commence the prison sentence imposed in the above-captioned matter shall be continued until March 2, 2006.  All previously ordered conditions of Ms. Lopez's release shall continue in effect.

January 25, 2006.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge