IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3014-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JULIA J. LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

I have received a letter from the defendant requesting that I reconsider her sentence. The law does not permit me to do so. Therefore,

IT IS ORDERED the Clerk shall file the letter and docket it as motion for reconsideration. The motion is denied. The Clerk shall send a copy of this order to counsel of record and to the defendant at her prison address.

March 17, 2006.                         BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge