IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3014-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JULIA J. LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for reconsideration (filing 97) regarding order on motion for reconsideration (filing 96) is denied.

August 9, 2006.                             BY THE COURT:

                                                                 s/ *Richard G. Kopf*
                                                                  United States District Judge